

# THE ATTORNEY GENERAL
## OF TEXAS

AUSTIN, TEXAS 78711

JOHN L. HILL,
ATTORNEY GENERAL

January 21, 1977

The Honorable Joe Resweber
Harris County Attorney
Houston, Texas   77002

Opinion No. H-927

Re:  Whether a judge is
a retired judge for purposes
of article 2338-1c, V.T.C.S.

Dear Mr. Resweber:

You have requested our opinion regarding the meaning of
the term "retired judge" for purposes of article 2338-1c,
V.T.C.S.  Article 2338-1c provides that under certain
circumstances, the presiding judge of the administrative
judicial district may appoint a "retired judge of a special
juvenile court or a domestic relations court," so long as
"the retired judge voluntarily retired from office."  Sec.
1(a).

Judges of special juvenile courts and domestic relations
courts are not included within the provisions of article
6228h, V.T.C.S. which deal with the retirement of district
judges.  Rather, such judges retire pursuant to article
6228g, V.T.C.S., the County and District Retirement Act.
That statute defines "retirement" as

> withdrawal from service with a retirement
> benefit granted under the provisions of
> this Act.  Sec. 2(22).

In our opinion, because article 2338-1c does not itself
define the term "retired judge," it is appropriate to refer
to the statute which provides for the retirement of judges
of special juvenile and domestic relations courts.  Since
that statute, article 6228g, defines "retirement" to mean
only withdrawal from service which is pursuant thereto,
it is our opinion that a "retired judge" for purposes of
article 2338-1c is a judge who has retired pursuant to the
terms of article 6228g.

## S U M M A R Y

A "retired judge" for purposes of article 2338-1c is a judge who has retired pursuant to the terms of article 6228g.

Very truly yours,

JOHN L. HILL
Attorney General of Texas

APPROVED:

DAVID M. KENDALL, First Assistant

C. ROBERT HEATH, Chairman
Opinion Committee

jwb